IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| CARIBBEAN PETROLEUM LP, *et al.*[1], | Bankruptcy Case No. 01-11657 (PJW) |
| Debtors. | |
| HERNAN SERRANO, Trustee of the Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors, Caribbean Petroleum, *et al.*, as authorized representative, | Civil Action No. 04-433 SLR |
| Plaintiff, | |
| v. | |
| CAMIONEROS COOPERATIVA DE TRANSPORTE DE CARGA; COOP CAMIONEROS TRANSPORTE, | |
| Defendants. | |

**NOTICE OF COMPLETION OF BRIEFING WITH RESPECT TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE PREFERENCE TRANSFERS AND AS TO DEFENDANT'S AFFIRMATIVE DEFENSES**

NOTICE IS HEREBY GIVEN that all briefing has been completed with respect

to the *Plaintiff's Motion For Partial Summary Judgment As To The Preference Transfers And As*

*To Defendant's Affirmative Defenses* (the "Motion") filed in the above-captioned adversary

proceeding. Below is a list of all relevant pleadings and docket numbers related to the Motion.

---

[1] The debtors are the following entities: Caribbean Petroleum, LP; Caribbean Oil LP; Caribbean Petroleum Refining LP; Gulf Petroleum (Puerto Rico) Corporation and Caribbean Petroleum Corporation.

For the Court's convenience, the Plaintiff will submit a binder to the Court with all relevant

pleadings.

| Item No. | Date Filed | Docket Number | Pleading |
|----------|------------|---------------|----------|
| 1 | 02/15/2005 | 5 | Plaintiff's Motion For Partial Summary Judgment As To The Preference Transfers And As To Defendant's Affirmative Defenses |
| 2 | 02/15/2005 | 6 | Request for Judicial Notice in Support of Plaintiff's Motion For Partial Summary Judgment As To The Preference Transfers And As To Defendant's Affirmative Defenses |
| 3 | 02/15/2005 | 7 | Declaration of Richard K. Kudo In Support of Plaintiff's Motion For Partial Summary Judgment As To The Preference Transfers And As To Defendant's Affirmative Defenses |

Dated: March 4, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.



Laura Davis Jones (Bar No. 2436)
Bruce Grohsgal (Bar No. 3583)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Counsel to the Plaintiff, Hernan Serrano, Trustee of the
Caribbean Petroleum Creditors' Trust