IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CARIBBEAN PETROLEUM LP, *et al.*[1],<br><br>Debtors. | Bankruptcy Case No. 01-11657 (PJW) |
| HERNAN SERRANO, Trustee of the Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors, Caribbean Petroleum, *et al.*, as authorized representative,<br><br>Plaintiff,<br>v.<br><br>CAMIONEROS COOPERATIVA DE TRANSPORTE DE CARGA; COOP CAMIONEROS TRANSPORTE,<br><br>Defendants. | Civil Action No. 04-433 SLR |

### AFFIDAVIT OF SERVICE

Marlene Chappe, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., and that on the 4th day of March 2005, she caused a true and correct copy of the following document(s) to be served upon the parties on the attached service list(s) in the manner indicated:

**NOTICE OF COMPLETION OF BRIEFING WITH
RESPECT TO PLAINTIFF'S MOTION FOR PARTIAL**

---

[1] The debtors are the following entities: Caribbean Petroleum, LP; Caribbean Oil LP; Caribbean Petroleum Refining LP; Gulf Petroleum (Puerto Rico) Corporation and Caribbean Petroleum Corporation.

13037-001\DOCS_DE:106096.1

SUMMARY JUDGMENT AS TO THE PREFERENCE
TRANSFERS AND AS TO DEFENDANT'S AFFIRMATIVE
DEFENSES

_____
Marlene Chappe

Sworn to and subscribed before
me this 4th day of March 2005

_____
Notary Public
My Commission Expires: 02/11/06

**HOLLY T. WALSH**
**Notary Public - Delaware**
**My Comm. Expires Feb. 11, 2006**

Service List for Adversary: Camioneros Cooperativa de Transporte de Carga
Civil Action No. 04-433 SLR
Document No. 106096
01 – First Class Mail

**First Class Mail**
Irving K. Hernandez-Valls
1002 Munoz Rivera Avenue, Suite 208
San Juan, PR  00927