OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

TO:   Irving K. Hernandez Valls, Esq.          March 18, 2005
      1002 Munoz Rivera Avenue
      Olimpo Plaza, Ste. 208
      San Juan, P.R. 00927-5006

SUBJECT:   Return of Motion, RE: USDC-DE   C.A.# 04-433 SLR

CASE CAPTION:   IN RE: Caribbean Petroleum v. Camioneros Cooperativa

DOCUMENT TITLE:   "Urgent" Motion for Extension of Time to Oppose Motion for Partial Summary Judgement

Documents have been presented for filing in the above noted case which *do not conform* to one or more Federal or Local Rules of Civil Procedure. The papers are being returned to you without action.

In order for your documents to be acceptable for filing, they *must be signed/(electronically) filed by local counsel in accordance with Local Rule 83.5, U.S. District Court for the District of Delaware.* Also, please be aware of current rules pertaining to privacy information such as date of birth, as found in your papers. On June 24, 2004, the Clerk of Court issued a Notice of Filing in this matter and mailed a copy to you, advising of the requirement for association with local counsel. There is no indication in the case papers or docket sheet reflecting that you have done so.

Also, please note that documents intended for filing in this Court must include the appropriate District of Delaware case number and caption. The instant motion was captioned in the Bankruptcy Court, District of Puerto Rico, was sent to the District of Delaware Bankruptcy Court, and finally presented to this Court where it was determined to be related to Civil Action 04-433 SLR.

A copy of the docket sheet and D.I. #3, CA 04-433 SLR are enclosed for your reference.

If you have any questions concerning this correspondence, please do not hesitate to contact our office. Also, our web site (frequently asked questions and links to our local rules) may be of interest to you, at **http://www.ded.uscourts.gov** .

BY: _____        Peter T. Dalleo
       Deputy Clerk                Clerk

cc:   The Honorable Sue L. Robinson, CA 04-433 SLR