U.S. District Court
District of Delaware (Wilmington)
CIVIL DOCKET FOR CASE #: 1:04-cv-00433-SLR
Internal Use Only

Serrano v. Camioneros Cooperat.
Assigned to: Honorable Sue L. Robinson
Demand: $0
Case in other court: USBK, 1:03-AV-00000
                       USBK, 1:03-AV-60013
Cause: 28:0157 Motion for Withdrawal of Reference

Date Filed: 06/24/2004
Jury Demand: None
Nature of Suit: 423 Bankruptcy Withdrawl
Jurisdiction: Federal Question

**Debtor**

**Caribbean Petroleum LP**

**Plaintiff**

**Hernan Serrano**
*Trustee of Caribbean Petroleum Creditors' Trust, and on Behalf of the Estates of the Above-Captioned Debtors, Carribbean Petroleum, et al., as authorized representative*

represented by **Bruce Grohsgal**
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
Email: bgrohsgal@pszyjw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Camioneros Cooperative DE Transporte De Carga**

**Defendant**

**Coop Camineros Transporte**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2004 | 1 | Copy of ORDER dated 6/24/04 that reference of adversary proceeding is withdrawn and assigned to the Honorable Sue L. Robinson ( signed by Judge Sue L. Robinson ) (maw) (Entered: 06/24/2004) |
| 06/24/2004 | 2 | Copy of Bankruptcy Docket and Complaint for Adversary Proceeding (maw) (Entered: 06/24/2004) |
| 06/24/2004 | | Items listed on Bankruptcy Docket for the Adversary Proceeding are electronically filed in the Bankruptcy Court (maw) (Entered: 06/24/2004) |

| Date | No. | Description |
|---|---|---|
| 06/24/2004 | 3 | NOTICE of Docketing: Bankruptcy withdrawal record from Case ADV# 03-AV-60013 (bad) (Entered: 06/24/2004) |
| 06/24/2004 | | Adversary Cause of Action: Avoidance & Recovery of Pref. Transfers (maw) (Entered: 06/25/2004) |
| 06/25/2004 | | Deadline updated; set Notice of Compliance deadline to 7/26/04 re assoc. with local counsel (maw) (Entered: 06/25/2004) |
| 11/15/2004 | 4 | NOTICE of Agenda of Matters for 11/17/04 status conference by Hernan Serrano; original ntc. filed in CA No. 04-427-SLR, D.I. 6; copy filed in this case. (rld) (Entered: 11/16/2004) |
| 11/23/2004 | | TRANSCRIPT filed [0-0] status conference for dates of 11/17/04; Judge Robinson presiding; Court Rptr. V. Gunning (original transcript docketed in 04-427-SLR, D.I. # 7) (fmt) (Entered: 11/24/2004) |
| 02/15/2005 | 5 | MOTION for Partial Summary Judgment as to the preferential transfers and as to deft.'s affirmative defenses - filed by Hernan Serrano. (rld, ) (Entered: 02/16/2005) |
| 02/15/2005 | 6 | Request for JUDICIAL NOTICE in support of D.I. 5 by Hernan Serrano re [5] MOTION for Partial Summary Judgment (rld, ) (Entered: 02/16/2005) |
| 02/15/2005 | 7 | DECLARATION of Richard K. Kudo in support of [5] MOTION for Partial Summary Judgment by Hernan Serrano. (rld, ) (Entered: 02/16/2005) |
| 03/04/2005 | 8 | NOTICE of Completion of Briefing With Respect To Plaintiff's Motion For Partial Summary Judgment as to the Preference Transfers and As to Defendant's Affirmative Defenses by Hernan Serrano re [5] MOTION for Partial Summary Judgment, [7] Declaration, [6] Notice (Other) (Attachments: # 1 Affidavit of Service with List)(Grohsgal, Bruce) (Entered: 03/04/2005) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #3**

IN RE: CARIBBEAN PETROLEUM LP, et al

---

| | | |
|---|---|---|
| Hernan Serrano, Trustee | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No.   04-433 SLR |
| v. | ) | |
| | ) | |
| Camioneros Cooperativa de Transporte | ) | |
| de Carga, et al | ) | |
| | ) | Adversary Case No.   03-60013 |
| Defendant | ) | Bankruptcy Case No. 01-11657-PJW |
| | | through 01-11661-PJW |

## NOTICE

An Order Withdrawing the Reference of this adversary case to the Bankruptcy Court was filed in the U.S. District Court on <u>June 24, 2004</u>.  The case has been assigned to the Honorable Sue L. Robinson.

When filing papers, please include the case caption, civil action number, and the initials of the Judge assigned.   Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.


Peter T. Dalleo
Clerk of Court


Date:   June 24, 2004

To:   Hon. Sue L. Robinson
         U.S. Bankruptcy Court
         Counsel

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>CARIBBEAN PETROLEUM LP<br>Debtor(s) | Bk. Case No. 01-11657 (PJW)<br><br>CHAPTER 11 |
| HERNAN SERRANO, TRUSTEE OF THE CARIBBEAN PETROLEUM CREDITORS' TRUST AND ON BEHALF OF THE ESTATES OF THE ABOVE CAPTIONED DEBTORS, ET. AL., AS AUTHORIZED REPRESENTATIVE<br><br>Plaintiff,<br><br>v.<br><br>CAMINERO COOPERATIVA DE TRANSPORTE DE CARGA; COOP CAMIONEROS TRANSPORTE<br><br>Defendant | Adversary 03-60013 (PJW) |

*FILED 2005 MAR 16 PM 2:17 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE*

## "URGENT" MOTION FOR EXTENSION OF TIME TO OPPOSE MOTION FOR PARTIAL SUMMARY JUDGEMENT

**COMES NOW** Camioneros Cooperativa de Transporte de Carga through the undersigned counsel and respectfully show, alleges and pray:

1. The trustee has filed various documents in the case at bar requesting partial summary judgement.

2. Camioneros Cooperativa de Transporte de Carga request an extension of time to answer Plaintiff's motion for Partial Summary judgement filed by plaintiffs.

1