IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CARIBBEAN PETROLEUM LP, et al.[1],<br><br>Debtors. | Case No. 01-11657 (PJW)<br><br>CHAPTER 11<br>(Jointly Administered) |
| HERNAN SERRANO, TRUSTEE OF THE CARIBBEAN PETROLEUM CREDITORS' TRUST, AND ON BEHALF OF THE ESTATES OF THE ABOVE-CAPTIONED DEBTORS, CARIBBEAN PETROLEUM, ET AL., AS AUTHORIZED REPRESENTATIVE,<br><br>Plaintiff,<br>v.<br><br>CAMIONEROS COOPERATIVA DE TRANSPORTE DE CARGA; COOP CAMIONEROS TRANSPORTE,<br><br>Defendants. | Case No. 04-433 (SLR) |

## STATUS REPORT

Shortly before the last Status Conference held in the above-referenced matter on May 13, 2005, Plaintiff's counsel was contacted by Kathleen J. Campbell of Campbell & Levine, LLC, who stated that she may be taking over representation of the Defendant as local counsel at the request of counsel of record, Irving K. Hernandez Valls.

Ms. Campbell represented that she would most likely be seeking relief from counsel of record's failure to respond to discovery and Plaintiff's Motion for Partial Summary Judgment As

---

[1]    The debtors are the following entities: Caribbean Petroleum, LP; Caribbean Oil LP; Caribbean Petroleum Refining LP; Gulf Petroleum (Puerto Rico) Corporation and Caribbean Petroleum Corporation.

To The Preference Transfers And As To Defendant's Affirmative Defenses based upon alleged mental and physical disabilities suffered by counsel of record.

On or about May 31, 2005, Plaintiff's counsel contacted Ms. Campbell who advised that she was not sure whether she would be undertaking the representation of the Defendant in this matter, but would advise Plaintiff's counsel with finality by June 15, 2005.

By way of an email dated June 20, 2005, Ms. Campbell advised Plaintiff's counsel that she would not be serving as local counsel in the within litigation.

On March 4, 2005, Plaintiff filed a Notice of Completion of Briefing With Respect to Plaintiff's Motion for Partial Summary Judgment As To The Preference Transfers And As To Defendant's Affirmative Defenses. Plaintiff is awaiting the Court's decision as to that motion.

Dated: June 30, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (DE Bar No. 2436)
Bruce Grohsgal (DE Bar No. 3583)
P.O. Box 8705
919 North Market Street, 16th Floor
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

– and –

Steven J. Kahn (CA Bar No. 76933)
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Attorneys for Plaintiff
Hernan Serrano, Trustee of the Caribbean Petroleum Creditors' Trust