IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CARIBBEAN PETROLEUM LP, *et al.*[1], | ) | Case No. 01-11657 (PJW) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Bruce Grohsgal, hereby certify that on the 30th ___ day of June, 2005, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**STATUS REPORT**

_____
Bruce Grohsgal (Bar No. 3583)

---

[1] The debtors are the following entities: Caribbean Petroleum, LP; Caribbean Oil LP; Caribbean Petroleum Refining LP; Gulf Petroleum (Puerto Rico) Corporation and Caribbean Petroleum Corporation.

## SERVICE LIST

Irving K. Hernandez Valls
Olimpo Plaza, Suite 208
San Juan Puerto Rico  00927

Kathleen J. Campbell
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

13037-001\DOCS_DE:109542.1