IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CARIBBEAN PETROLEUM, LP,<br>et al.,<br><br>      Debtors. | ) Chapter 11<br>)<br>) Bk. No. 01-11657(PJW)<br>) Adv. No. 03-60026<br>) Jointly Administered |
| HERNAN SERRANO,<br><br>      Plaintiff,<br><br>      v.<br><br>CAMIONEROS COOPERATIVE DE<br>TRANSPORTE DE CARGA and<br>COOP CAMINEROS TRANSPORTE,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) Civ. No. 04-433-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

At Wilmington this 1st day of August, 2005, defendants having failed to retain local counsel in the above-captioned case and having failed to respond to plaintiff's pending motion for partial summary judgment;

IT IS ORDERED that, on or before **September 12, 2005,** defendants shall show cause why judgment should not be entered against them in the above-captioned action for failure to defend. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN JUDGMENT BEING ENTERED AGAINST DEFENDANTS.

                                                  _____<br>
                                                  United States District Judge