IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


In re:                          )
                                )
CARIBBEAN PETROLEUM LP,         )   Case No. 01-11657(PJW)
et al.,                         )   Chapter 11
                                )   (Jointly Administered)
          Debtors.              )
_____

HERNAN SERRANO, TRUSTEE OF      )
THE CARIBBEAN PETROLEUM         )
CREDITORS' TRUST, AND ON        )
BEHALF OF THE ESTATES OF THE    )
ABOVE-CAPTIONED DEBTORS,        )
CARIBBEAN PETROLEUM, ET AL.,    )
AS AUTHORIZED REPRESENTATIVE,   )
                                )
          Plaintiff,            )
                                )
     v.                         )   Civ. No. 04-433-SLR
                                )
CAMIONEROS COOPERATIVA DE       )
TRANSPORTE DE CARGA; COOP       )
CAMIONEROS TRANSPORTE,          )
                                )
          Defendants.           )


O R D E R


     At Wilmington this 29th day of September, 2005, having

reviewed plaintiff's motion for partial summary judgment and its

submissions related thereto;

     IT IS ORDERED that said motion (D.I. 5) is denied, without

prejudice to renew, as the motion is based on the fact that

defendants have not timely responded to plaintiff's requests for

admissions.  The record clearly demonstrates, however, that
defendants are not yet represented by local counsel, have been
granted an extension of time in which to retain local counsel,
and cannot (under this court's local rules) file papers absent
the signature of local counsel.


United States District Judge