IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CARIBBEAN PETROLEUM LP, | ) | Bankruptcy Case No. |
| et al., | ) | 01-11657-PJW |
| | ) | |
| _____Debtors._____ | ) | |
| HERNAN SERRANO, TRUSTEE OF | ) | |
| THE CARIBBEAN PETROLEUM | ) | |
| CREDITORS' TRUST, AND ON | ) | |
| BEHALF OF THE ESTATES OF THE | ) | |
| ABOVE CAPTIONED DEBTORS, | ) | |
| CARIBBEAN PETROLEUM, ET AL., | ) | |
| AS AUTHORIZED REPRESENTATIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-433-SLR |
| | ) | |
| CAMIONEROS COOPERATIVA DE | ) | |
| TRANSPORTE DE CARGA and | ) | |
| COOP CAMIONEROS TRANSPORTE, | ) | |
| | ) | |
| Defendants. | ) | |


O R D E R


At Wilmington this 31st day of October, 2005, having

reviewed plaintiff's motion for summary judgment, and defendants

never having responded to such, despite multiple extensions of

time to do so;

IT IS ORDERED that said motion (D.I. 5) is granted, based on

the fact that defendants never responded to plaintiff's

outstanding discovery requests, including requests for admission

related to each of the essential elements of plaintiff's preferential transfer claim.

IT IS FURTHER ORDERED that the Clerk shall enter judgment in favor of plaintiff and against defendants in the principal sum of $630,936.12, plus pre-judgment interest in the sum of $10,928.88 and plus costs in the sum of $150.00, for a total judgment of $651,015.00.

IT IS FURTHER ORDERED that plaintiff's second claim for relief for post-petition transfers is hereby dismissed with prejudice.

_____
United States District Judge