IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CARIBBEAN PETROLEUM, LP,<br>et al.,<br><br>          Debtors. | ) Chapter 11<br>)<br>) Bk. No. 01-11657(PJW)<br>) Adv. No. 03-60026<br>) Jointly Administered |
| HERNAN SERRANO,<br><br>          Plaintiff,<br><br>     v.<br><br>CAMIONEROS COOPERATIVE DE<br>TRANSPORTE DE CARGA and<br>COOP CAMINEROS TRANSPORTE,<br><br>          Defendants. | )<br>)<br>)<br>)<br>) Civ. No. 04-433-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's order of October 31, 2005;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff Hernan Serrano and against defendants Camioneros Cooperativa de Transporte de Carga and Coop Camioneros Transporte in the principle sum of $630,936.12, plus pre-judgment interest in the sum of $10,928.88 and plus costs in the sum of $150.00, for a total judgment of $651,015.00.

                                  _____
                                  United States District Judge

Dated: November 1, 2005

                                  _____
                                  (By) Deputy Clerk